UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERYL HINDS-THOMAS, *on behalf of herself and all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:21 CV 652 RWS ) |
| LM GENERAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

The Court having been notified that this action has settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within ninety (90) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of May, 2022.